HONORABLE LAUREN KING

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GISELA REYES, Individually and for Others Similarly Situated,<br><br>        Plaintiff<br><br>v.<br><br>PEOPLEREADY, INC., a Washington For-Profit Corporation,<br><br>        Defendant. | Case No. 3:23-cv-05385-LK<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Parties have reached settlement of this matter. The Parties are actively negotiating a release agreement. Plaintiff will submit a request for dismissal of this action pursuant to Federal Rule of Procedure 41(a) upon finalization of the agreement.

Counsel for Defendant attests that Plaintiff's counsel concurs with the filing of this document and agrees to the terms stated herein.

DATED: October 25, 2023

JENSEN MORSE BAKER PLLC

By s/ *Laura T. Morse*
Laura T. Morse, WSBA No. 34532
Laura.morse@jmblawyers.com

By s/ *Sarah E. Swale*
Sarah E. Swale, WSBA No. 29626
Sarah.swale@jmblawyers.com
1809 Seventh Avenue, Suite 410

NOTICE OF SETTLEMENT - 1
CASE NO. 3:23-CV-05385-LK

JENSEN MORSE BAKER PLLC
1809 S*eventh* A*venue*, S*uite* 410
S*eattle*, WA 98101
PHONE: 206.682.1550

Seattle, WA  98101
Telephone:  (206) 682-1550
Facsimile:  (206) 682-1496
Attorneys for Defendant PeopleReady, Inc.


JOSEPHSON DUNLAP


By */s Andrew Dunlap (with email authority)*
Andrew Dunlap, Texas Bar No. 24078444
adunlap@mybackwages.com
William M. Hogg, Texas Bar No. 24087733
whogg@mybackwages.com
Michael A. Josephson, Texas Bar No. 4014780
mjosephson@mybackwages.com
11 Greenway Plaza, Suite 3050
Houston, TX  77046
Phone: (713) 352-1100
Fax:  (713) 352-3300
*Admitted Pro Hac Vice*

Attorneys for Plaintiff Gisele Reyes

FRANK FREED SUBIT & THOMAS LLP


By  */s Michael C. Subit (with email authority)*
Michael C. Subit, WSBA No. 29189
msubit@frankfreed.com
705 Second Ave., Suite 1200
Seattle, Washington  98104
Telephone: (206).624.6711

Attorney for Plaintiff Gisele Reyes

NOTICE OF SETTLEMENT - 2
CASE NO. 3:23-CV-05385-LK

JENSEN MORSE BAKER PLLC
1809 S<small>EVENTH</small> A<small>VENUE</small>, S<small>UITE</small> 410
S<small>EATTLE</small>, WA 98101
PHONE:  206.682.1550

## **CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 25th day of October, 2023, the document attached hereto was delivered to the below counsel in the manner indicated.

| | |
|---|---|
| FRANK FREED SUBIT & THOMAS LLP<br>Michael C. Subit, WSBA #29189<br>msubit@frankfreed.com<br>705 Second Ave., Suite 1200<br>Seattle, Pennsylvania 98104<br>Telephone: 206.624.6711<br>Attorney for Plaintiff | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| JOSEPHSON DUNLAP, LLP<br>Michael A. Josephson<br>mjosephson@mybackwages.com<br>Andrew W. Dunlap<br>adunlap@mybackwages.com<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>Telephone: 713.352.1100<br>Attorneys for Plaintiff<br>Admitted *pro hac vice* | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |
| BRUCKNER BURCH, PLLC<br>Richard J. (Rex) Burch<br>rburch@brucknerburch.com<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>Telephone: 713.877.8788<br>Attorney for Plaintiff<br>*Pro Hac Vice Application Forthcoming* | ☑ by CM/ECF<br>☐ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 25th day of October, 2023, in Kansas City, MO.

By s/*Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

NOTICE OF SETTLEMENT - 3
CASE NO. 3:23-CV-05385-LK

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WA 98101
PHONE: 206.682.1678