# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| GISELA REYES, Individually and for Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PEOPLEREADY, INC., a Washington For-Profit Corporation,<br><br>Defendant. | NO. 3:23-CV-05385-LK<br><br>ORDER OF DISMISSAL |

The parties have notified the Court that they have reached a settlement of this case. Dkt. No. 18. The Court accordingly DISMISSES this case with prejudice and without court-ordered costs or attorney fees to any party. If the parties are unable to perfect their settlement, they may move to reopen this case within 60 days of this order.

Dated this 2nd day of January, 2024.

*Lauren King*

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1